## Platt *vs*. Robbins and al. administrators, &c. of Smith.

A Judgment againſt Smith in his life time had been revived by *ſcire facias* againſt the defendants as his adminiſtrators, on which there was a judgment by default.    A ſuit was then brought againſt the preſent defendants, ſuggeſting a *devaſtavit*, to which they pleaded,

I. *Plene adminiſtravit.*

II. That the defendants as adminiſtrators did not eloigne the aſſets.

III. That Smith their inteſtate executed before his death a bond of 50,000 dollars to the United States, which remains unpaid.

It was now moved on behalf of the plaintiff in the ſuit, that judgment be rendered againſt the defendants by default, for it was inſiſted that as to the pleas put in, they were mere nullities.

It was ſaid in reply, that this was not the regular

M

method of tefting the validity of pleadings, and that the plaintiff ought to have demurred.

*Per Curiam.*　If pleas are not palpably bad, and void upon the face of them, the oppofite party muft refort to his demurrer.　All the Court have doubts as to one plea, and fome of them as to all: and therefore

Plaintiff muft take nothing by his motion.